The Royal Phosphate Company, Plaintiff in Error, v. Martin V. B. Van Ness, Defendant in Error.

In Banc.

Writ of error to Circuit Court, Citrus county; William S. Bullock, Judge.

W. W. Hampton and Horatio Davis for plaintiff in error.

No appearance for defendant in error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. The writ of error is dismissed on præcipe of counsel for the plaintiff in error.